**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**MARCO THONY CADEJUSTE,**

***Plaintiff*,**

**v.** **Case No.: 4:26cv418-MW/MJF**

**RAMIREZ, et al.,**

***Defendants*.**

______________________________/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is dismissed without prejudice to Plaintiff initiating a new case accompanied by payment of the $405.00 fee in its entirety." The motion for leave to proceed *in forma pauperis*, ECF No. 2, is **DENIED**. The Clerk shall close the file.

**SO ORDERED on November 2, 2026.**

**s/Mark E. Walker**
**United States District Judge**